FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2022

No. 04-22-00632-CR

**EX PARTE** Elliot Jerzain **RAMOS-ESTRADA**,

From the County Court, Webb County, Texas
Trial Court No. 2022CRB000724L1
Honorable Leticia Martinez, Judge Presiding

## O R D E R

Roxann Soto-Serna's Notification of Late Record is noted. Time is extended until October 28, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court